UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM M. BRYSON**<br>No. 95662-071 | CIVIL ACTION NO. 07-1830 |
| | SECTION P |
| -vs- | |
| | JUDGE DRELL |
| **FREDERICK MENIFEE** | |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's Petition for Writ of *Habeas Corpus* and associated pleadings and motions (Docs. 1, 3, and 9) be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers, in Alexandria, Louisiana on this 3RD day of March, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE